UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-157-T-30EAJ

JOSE PASCUAL

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion (Doc. 22) for:

(1) A Forfeiture Money Judgment in the amount of $1,292,375.25;

(2) Forfeiture of the real property described below titled in the name of Zahilyn Cote, the purchase of which was funded by $121,300.00 in proceeds directly traceable to the defendant's crime of conviction:

> The real property, including all improvements thereon and appurtenances thereto, located at 17435 W. Carnegie Circle, Ft. Myers, Florida, and legally described as follows:
>
> Lots 7, less the Northerly 20 feet, Block 12, San Carlos Park, Northwest Addition, according to the plat thereof, recorded in Plat
>
> Book 28, pages 12 and 13, of the Public Records of Lee County, Florida.
>
> Parcel Identification Number: 08-46-25-17-0012.007; and

(3) a Preliminary Order of Forfeiture for the following property, as substitute assets in partial satisfaction of the defendant's forfeiture money judgment:

a. The real property, including all improvements thereon and appurtenances thereto, located at 610 31st Street SW, Naples, Florida 34117, and titled in the names of Jose Pascual, Elsa Espinosa, and Hector Pascual, which is legally described as follows:

The North 180 feet of Tract 29, GOLDEN GATE ESTATES UNIT NO. 5, according to the Plat thereof recorded in Plat Book 4, Pages 91 and 92, of the Public Records of Collier County, Florida.

Parcel Identification Number: 36811960002;

b. One 2011 Silver Toyota Camry 4-door sedan, Vehicle Identification Number 4T4BF3EK6BR104704, titled in the name of Jose Pascual; and

c. One 2001 32ft Wellcraft Pleasure Vessel, Vehicle Identification Number WELKBA40D101, Vessel Registration Number FL1357MC, titled in the name of Jose Pascual.

Being fully advised of the relevant facts, the Court hereby finds that the United States has established that the defendant obtained at least $1,292,375.25 in proceeds from the violations of 18 U.S.C. § 1349, to which he pled guilty and that $121,300.00 in proceeds directly traceable to the crime was used in the purchase of the Carnegie Circle property.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 22) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with any subsequently convicted co-conspirators for a forfeiture money judgment in the amount of $1,292,375.25.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(e)(1)(B), the real property, including all improvements thereon and appurtenances thereto, located at 17435 W. Carnegie Circle, Ft. Myers, Florida is forfeited to the United States. Upon sale, the United States shall be entitled to forfeit up to $121,300.00 of the net equity and shall credit that amount toward the defendant's forfeiture money judgment. The United States shall then remit the remainder of the net equity to Zahilyn Cote.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(e)(1)(B), the substitute assets identified above, are hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any other substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

**DONE** and **ORDERED** in Tampa, Florida on February 15, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cr-157.Pascual 22 Money Judgment.wpd

3