UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:12-cr-157-T-30EAJ

JOSE PASCUAL

**ORDER VACATING PRELIMINARY ORDER OF FORFEITURE
FOR SUBSTITUTE ASSETS AS TO CERTAIN REAL PROPERTY**

THIS CAUSE comes before the Court upon the filing of the United States'

Motion (Doc. 40) to vacate the Preliminary Order of Forfeiture for Substitute Assets

(Preliminary Order of Forfeiture), Doc. 23, entered by the Court on February 15,

2013, only as it relates to the real property located at 610 31st Street SW, Naples,

Florida.

Being fully advised in the premises, the Court hereby finds that the United

States has elected not to pursue forfeiture of the real property identified above.

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said

Motion (Doc. 40) of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture (Doc. 23)

be vacated solely as to the real property identified above.

It is FURTHER ORDERED that the remainder of the Preliminary Order of Forfeiture remain in full force and effect.

**DONE** and **ORDERED** in Tampa, Florida on April 24, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-157.vacate 40.wpd